# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145631-2(121)

ANTHONY HENRY and KEITH WHITE,
        Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
        Defendants-Appellants,
and

BRUCE RUEDISUELI,
        Defendant.
_____

SC: 145631
COA: 302373
Wayne CC: 10-000384-CD

MICHAEL RAMSEY and GLENN DOWDY,
        Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
        Defendants-Appellants,
and

BRUCE RUEDISUELI,
        Defendant.
_____/

SC: 145632
COA: 302710
Wayne CC: 10-004708-CD

On order of the Chief Justice, the motion of defendants-appellants for leave to file a post-oral argument supplemental brief is GRANTED. The brief submitted on October 15, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk